IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
_____ DIVISION

FILED
2017 AUG -7 AM 9: 39
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

*William Burse*

)
)
)
)
)
)

**Name of Plaintiff(s)**

)
)
Case No. _____
)
(To be assigned by Clerk)

v.

)

*Nashville Community Care of Bordeaux*

)
)
)
)
)
)

**Name of Defendant(s)**

)

## COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U. S. Constitutional provisions, if you know them):

   *discrimination*

2. Plaintiff, *William Burse* resides at
   *2404 Alpine Park Ave* , *Nashville* ,
   Street address                                    City

   *Davidson* , *Tenn* , *37218*, *615-525-4962*
   County           State       Zip Code    Telephone Number
                                                      *615-495-5050*

   (If more than one plaintiff, provide the same information for each plaintiff below.)

3. Defendant, *NAShville Community CAre At Bordeaux* resides at *1414 county hospital Road,* *NAshville*
Street address / City

*DAvidson* , *Tenn* , *37208* , *615-212-2600*
County / State / Zip Code / Telephone Number

(If more than one defendant, provide the same information for each defendant below.)

_____

_____

_____

4. Statement of claim. (State as briefly as possible, the facts of your case. Describe how each Defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary. Attach any documentation or exhibits in support of the complaint):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

3

5. Prayers for Relief (List what you want to Court to do):

a. _____

_____

_____.

b. _____

_____

_____.

c. _____

_____

_____.

d. _____

_____

_____.

I (We) hereby certify under penalty of perjury that the above Petition is true to the best of my (our) information, knowledge, and belief.

Signed this _____ day of _August 7_____, 20 _17_.


_____

_____

_William B uae_____
(Signature of Plaintiff(s))